FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN -4  P 2: 22

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

EUGENE THOMAS,

    Plaintiff,

v.                                                            CIVIL ACTION NO.: CV506-095

TODD THOMAS, Warden; PEGGY
ANN COOPER, Assistant Warden;
D. MOORE, Health Services Administrator;
ANITA ANDERSON, Nurse, and
Assistant Warden BARNES,

    Defendants.

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. <u>Nettles v. Wainwright</u>, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned for his determination.

AO 72A
(Rev. 8/82)

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the 22nd day of January, 2007.

**SO ORDERED**, this 4th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE